```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-08
```




CHAMBERS OF
DENISE COTE

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

**MEMO ENDORSED**

(212) 416-8567

December 18, 2007

The Honorable Denise L. Cote
United States District Court Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

RE:   Lombardo v. Holanchock, et al., 07-CIV-8674 (DLS)

Dear Judge Cote:

    The Attorney General represents the Defendants in this action in which *pro se* Plaintiff alleges civil-rights violations. Defendants Brusinski, Baxi, Smith, Sadorra, Chandrasekhara, Burton, and Armstrong, through their counsel, acknowledged service on December 10, 2007, and their answers or motions with respect to the Complaint are due on December 31, 2007. On behalf of Defendant Holanchock, the Acting Executive Director of Mid-Hudson Psychiatric Center acknowledged receipt of service on November 23, 2007, unbeknownst to Defendant Holanchock and this office. Thus, the answer or motion of Defendant Holanchock was due on December 13, 2007, but this office did not receive the Summons and Complaint until December 10, when the other defendants acknowledged service. In order to respond adequately and for simplicity of response, I hereby request that for all Defendants, the time to move or answer with respect to the Complaint be extended up to and including January 30, 2008.

    There have been no prior requests for adjournments. I have not been able to speak with the Plaintiff in this action, but I believe that he would suffer no prejudice by this adjournment.

*Granted*
*Denise Cote*
*1/8/08*

    I appreciate your attention to this matter.

Respectfully yours,

*Joshua Pepper*
JOSHUA PEPPER
Assistant Attorney General

cc:   Scott Lombardo