UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SCOTT LOMBARDO,                         :
                          Plaintiff,    :
                                        :
            -v-                         :
                                        :
HOWARD HOLANCHOCK, Dr. CHANDRASEKHARA,   :
FRANK BRUSINSKI, Dr. SHEYAS BAXI, Dr.   :
SADORRA, LYNBURGH BURTON, ZELMA         :
ARMSTRONG, JOHN DOE,                    :
                          Defendants.   :
                                        :
----------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED:  2 /5 /08            │
└─────────────────────────────────┘
```

07 Civ. 8674 (DLC)

ORDER

DENISE COTE, District Judge:

Having received correspondence from the parties in this
action regarding the motion to dismiss filed on January 28,
2008, it is hereby

ORDERED that the initial pretrial conference, previously
scheduled for February 15, 2008, is adjourned sine die.  A
conference may be held, if necessary, following the resolution
of the motion to dismiss.

IT IS FURTHER ORDERED that plaintiff's response to the
motion to dismiss is due on or before **March 14, 2008;**
defendants' reply is due on or before **March 28, 2008.**

IT IS FURTHER ORDERED that all future correspondence
relating to this case should be sent to this Court's Pro Se
Clerk's Office, 500 Pearl Street, Room 230, New York, NY 10007.
Any materials that are sent directly to this Court or without

adequate proof that they have been served on the opposing party shall be returned.

IT IS FURTHER ORDERED that when filing any papers with the Court, such as papers related to the pending motion to dismiss, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of requested relief, dismissal of the action, the entry of judgment by default, or such other action as may be just under the circumstances.

SO ORDERED:

Dated:    New York, New York
          February 5, 2008

                                   _____
                                        DENISE COTE
                                   United States District Judge

2

COPIES SENT TO:

Scott Lombardo
#7434
Mid-Hudson Psychiatric Center
P.O. Box 158
New Hampton, NY 10954-0158

Joshua Pepper
Assistant Attorney General
State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271-0332