UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SCOTT LOMBARDO,                         :
                    Plaintiff,          :
                                        :
        -v-                             :   07 Civ. 8674 (DLC)
                                        :
HOWARD HOLANCHOCK, Dr. CHANDRASEKHARA,   :   ORDER
FRANK BRUSINSKI, Dr. SHEYAS BAXI, Dr.    :
SADORRA, LYNBURGH BURTON, ZELMA          :
ARMSTRONG, JOHN DOE,                    :
                    Defendants.         :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

DENISE COTE, District Judge:

    By Opinion dated June 25, 2008, defendants' January 25, 2008 motion to dismiss was granted in part, and plaintiff Scott Lombardo was granted leave to replead his Ninth Cause of Action under the Sixth Amendment. By letter dated July 14, 2008, Lombardo informed the Court that he would not replead his Ninth Cause of Action. He also stated that he would not "appeal the decision." Accordingly, it is hereby

    ORDERED that the Clerk of Court shall close the case.

    SO ORDERED:

Dated:   New York, New York
         July 16, 2008

                                    _____
                                         DENISE COTE
                                    United States District Judge

Copies sent to:

Scott Lombardo  
Mid-Hudson Psychiatric Center  
Box 158  
New Hampton, NY 10958

Joshua Pepper  
Assistant Attorney General  
Office of the Attorney General of  
the State of New York  
120 Broadway  
New York, NY 10271